In the Matter of the Claim of TEDDY PIUSINSKI, Respondent, against TRANSIT VALLEY COUNTRY CLUB et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Submitted May 21, 1940; decided June 11, 1940.

*Frank L. Ward* for appellants.

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* and *Isaac Frank* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.